IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| DAVID CAMPBELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 12-2848-STA-dkv |
| | ) |
| HARTFORD LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge's Report and Recommendation (ECF No. 32) that Defendant Hartford Life and Accident Insurance Company's ("Defendant") Motion for Judgment on the Record be granted. Objections to the Report and Recommendation were due within fourteen (14) days of entry of the Report. The Report and Recommendation was entered August 5, 2014, making the objections due on or before August 19, 2014. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, Defendant's Motion,[1] and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion for Judgment on the Record (ECF

---

[1] Plaintiff David Campbell did not file a Response to Defendant's Motion.

1

No. 30) is **GRANTED** and the case is **DISMISSED** in full.

**IT IS SO ORDERED.**

              **s/ S. Thomas Anderson**
              S. THOMAS ANDERSON
              UNITED STATES DISTRICT JUDGE

              Date: September 26, 2014.